AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> NOE JOSE-TOMAS, <br> a/k/a Jose Tomas Noe, <br><br> *Defendant(s)* | Case No. 19-8346-BER |

FILED BY _____ D.C.
AUG 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 24, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/19/19

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over sixteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Noe JOSE-TOMAS, also known as Jose Tomas NOE, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3.  On or about May 24, 2019, Noe JOSE-TOMAS was arrested in Palm Beach County, Florida on charges of driving under the influence- property damage. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is, Noe JOSE-TOMAS.

4.  A review of the immigration alien file shows that Noe JOSE-TOMAS is a native and citizen of Guatemala. Records further show that on or about July 17, 2008, Noe JOSE-TOMAS was ordered removed. The Order of Removal was executed on or about July 29, 2008, whereby Noe JOSE-TOMAS was removed from the United States and returned to Guatemala.

1

5. I scanned Noe JOSE-TOMAS's fingerprints taken in connection with his May 24, 20198 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, that is Noe JOSE-TOMAS.

6. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Noe JOSE-TOMAS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Noe JOSE-TOMAS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 24, 2019, Noe JOSE-TOMAS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me
this _19_ day of August 2019.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   19-8346-BER

UNITED STATES OF AMERICA

vs.

**NOE JOSE-TOMAS,**
   a/k/a Jose Tomas Noe,

      Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _____ Yes   __X__ No

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

BY:   _/s/ Aurora Fagan_____
           AURORA FAGAN
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No. 0188591
           500 S. Australian Ave, Ste. 400
           West Palm Beach, Florida   33401
           TEL (561) 820-8711
           FAX (561) 820-8777
           Aurora.Fagan@usdoj.gov